United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **NATALIA GOMEZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:21-CV-00133** |
| § | |
| **RHODES EXPRESS, LLC,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## ORDER

On December 5, 2022, the Parties in this case filed a self-effectuating joint stipulation of dismissal. (Dkt. 30.) *See* FED. R. CIV. P. 41(a)(1)(A)(ii).[1] The stipulation, signed by counsel for all Parties, notified the Court that all matters in the controversy have been resolved and that the case has been dismissed with prejudice against both Defendants. (Dkt. 21 at 1.) Accordingly, the Clerk of the Court is hereby DIRECTED to TERMINATE this case and TERMINATE any pending motions.

IT IS SO ORDERED.

SIGNED this December 6, 2022.

Diana Saldaña
United States District Judge

---

[1] Though the Parties cited to Rule 41(a)(1)(A)(i) in their filing, Defendant answered prior to the case being removed from state court. *See* (Dkt. 1, Attach. 2.) Accordingly, this filing cannot serve as a "notice of dismissal before the opposing party serves [] an answer…" *See* Fed. R. Civ. Pro. 41(a)(1)(A)(i). However, the content of this filing (Dkt. 30) makes clear that the Parties intended to file a joint stipulation under Rule 41(a)(1)(A)(ii) and the Court will thus construe it as such.

1 / 1